IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No:   08-05142 |
|    Robert Brown | ) | |
|        Debtor(s), | ) | Chapter:   Chapter 13 |
| | ) | |
| | ) | Judge:     Eugene R. Wedoff |

## NOTICE OF MOTION

**To:**   Robert Brown, 8300 S. Prairie Ave. , Chicago, IL, 60619

Marilyn O. Marshall, 224 S. Michigan Ave. #800 , Chicago, IL, 60604
Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL  60604

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on the **27th of September 2012 at 09:00 a.m.**, I shall appear before the Honorable Judge Eugene R. Wedoff in 219 S. Dearborn St., Courtroom 744, Chicago, IL and then and there present the attached **MOTION TO DISMISS**, a copy of which is attached hereto.

**By:**   /s/Ross T. Brand
              Ross T. Brand

## CERTIFICATE OF SERVICE

I, Ross T. Brand, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 55 E. Monroe, Chicago, Illinois, before the hour of 5:30 p.m., on September 17, 2012.

**By:**   /s/Ross T. Brand
              Ross T. Brand

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960

| | | |
|---|---|---|
| IRS Priority Debt<br>Attn: Bankruptcy Dept.<br>Box 21126<br>Philadelphia, PA  19114 | Home Depot Credit Svc/Citi<br>Bankruptcy Department<br>PO Box 20483<br>Kansas City, MO  64195 | Bank of America<br>Bankruptcy Department<br>PO Box 1598<br>Norfolk, VA  23501 |
| Bank of America<br>Bankruptcy Department<br>PO Box 21848<br>Greensboro, NC  27420 | Chase<br>Bankruptcy Department<br>800 Brooksedge Blvd.<br>Westerville, OH  43081 | Macy's/DSNB<br>Bankruptcy Department<br>911 Duke Blvd.<br>Mason, OH  45040 |
| Bank of America<br>Bankruptcy Department<br>PO Box 2493<br>Norfolk, VA  23501-2493 | Sharebuilders Federal CU<br>Bankruptcy Department<br>19901 Nordhoff St.<br>Northridge, CA  91324 | HSBC NV<br>Bankruptcy Department<br>PO Box 19360<br>Portland, OR  97280 |
| First Bank & Trust of Evanst<br>Bankruptcy Department<br>820 Church St.<br>Evanston, IL  60201 | Universal Card/Citibank<br>Bankruptcy Department<br>PO Box 6902<br>The Lakes, NV  88901 | Neiman Marcus/HSBC<br>Attn: Bankruptcy Departmer<br>PO Box 740933<br>Dallas, TX  75374 |
| American Express<br>Attn: Bankruptcy Departmer<br>PO Box 360002<br>Ft. Lauderdale, FL  33336-0002 | Citibank<br>Bankruptcy Department<br>PO Box 6000<br>The Lakes, NV  89163-6000 | Saks Inc./HSBC<br>Bankruptcy Department<br>PO Box 20519<br>Jackson, MS  39289 |
| Associates/Citibank<br>Bankruptcy Department<br>PO Box 6530<br>The Lakes, NV  89163-6530 | Brooks/GEMB<br>Bankruptcy Department<br>PO Box 981400<br>El Paso, TX  79998 | HSBC NV<br>Bankruptcy Department<br>PO Box 19360<br>Portland, OR  97280 |
| Presidio/CM<br>Bankruptcy Department<br>101 Crossway Park West<br>Woodbury, NY  11797 | Nordstrom Bank, FSB<br>CO Serv. Ctr/Recovery/Ban<br>PO Box 6566<br>Greenwood Village, CO  80155 | Citgo/Citibank<br>Bankruptcy Department<br>PO Box 6003<br>Hagerstown, MD  21747 |
| Citibank<br>Bankruptcy Department<br>PO Box 6000<br>The Lakes, NV  89163-6000 | American Express<br>Attn: Bankruptcy Departmer<br>PO Box 360002<br>Ft. Lauderdale, FL  33336-0002 | Montgomery Wards/GEMB<br>Bankruptcy Department<br>PO Box 981400<br>El Paso, TX  79998 |
| Discover Card<br>Bankruptcy Department<br>12 Reads Way<br>New Castle, DE  19720 | Bank of America<br>Bankruptcy Department<br>PO Box 1598<br>Norfolk, VA  23501 | Target<br>Bankruptcy Department<br>PO Box 1327<br>Minneapolis, MN  55440 |
| Macy's/DSNB<br>Bankruptcy Department<br>911 Duke Blvd.<br>Mason, OH  45040 | Wal-Mart/GEMB<br>Bankruptcy Department<br>PO Box 981400, C77W<br>El Paso, TX  79998 | American Express<br>Bankruptcy Department<br>PO Box 297871<br>Fort Lauderdale, FL  33329 |
| American Express<br>Attn: Bankruptcy Departmer<br>PO Box 360002<br>Ft. Lauderdale, FL  33336-0002 | Wells Fargo<br>Bankruptcy Department<br>1300 E. McGalliard<br>Muncie, IN  47303 | Trinity Hospital<br>Attn: Bankruptcy Departmer<br>PO Box 70173<br>Chicago, IL  60673-0173 |

DirecTV
Bankruptcy Department
PO Box 78626
Phoenix, AZ  85062

National Credit Union Admin
Bankruptcy Department
4807 Spicewood Springs, #!
Austin, TX  78759

Nationwide Credit
Attn: Bankruptcy Departmen
PO Box 3159
Oakbrook, IL  60522

Nationwide Credit
Bankruptcy Department
3435 N. Cicero Ave.
Chicago, IL  60641

HSBC
Bankruptcy Department
PO Box 5213
Carol Stream, IL  60197

Collection Systems Inc.
Bankruptcy Department
8 S. Michigan, Ste. 618
Chicago, IL  60603

The CBE Group, Inc.
Bankruptcy Department
PO Box 900
Waterloo, IA  50704

**IN THE UNITED STATES OF BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: ) | Case No: | 08-05142 |
|    Robert Brown ) | | |
|        Debtor(s), ) | Chapter: | Chapter 13 |
| ) | | |
| ) | Judge: | Eugene R. Wedoff |

**MOTION TO DISMISS**

NOW COMES the Debtor, Mr. Robert Brown (the "Debtor"), by and through his attorneys, Geraci Law LLC, to present his **MOTION TO DISMISS** and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed his Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 03/04/2008.

3. This case was never converted under 11 U.S.C. § 706.

4. The Debtor passed away on June 6, 2012.


WHEREFORE, the Debtor(s), Mr. Robert Brown, pray this Court enter an order dismissing this case and for such further additional relief that this Court may deem just and proper.


                                                            /s/Ross T. Brand
                                                          Ross T. Brand

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960