**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 08–05142
Chapter: 13
Judge: Eugene R. Wedoff

In Re:
  Robert Donald Brown
  8300 S. Prairie Ave.
  Chicago, IL 60619

Social Security / Individual Taxpayer ID No.:
  xxx–xx–4311

Employer Tax ID / Other nos.:

---

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on September 27, 2012

FOR THE COURT

Dated: September 27, 2012                Kenneth S. Gardner , Clerk
                                          United States Bankruptcy Court