# UNITED STATES BANKRUPTCY COURT
## FOR THE Northern District of Illinois (Chicago)
### DIVISION

----------------------------------------------------------X

| | |
|---|---|
| Debtor (s):  Robert Donald Brown<br>Property: 8300 S. Prairie Ave.<br>Chicago, IL 60619 | Chapter **13**<br>Case No.: **08-05142**<br>Amount Claimed: $ 94,425.84<br>Arrearage: $ 1,713.73<br>Trustee: **Marilyn O Marshall**<br>Claim No.: 3-2 |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (2), WAIVER OF OPPORTUNITY TO OBJECT, AND REQUEST FOR NOTICE PURSUANT TO FRBP 2002

OCWEN LOAN SERVICING, LLC (hereafter Assignee") hereby provides notice of the unconditional sale and transfer of all right, title, and interest in and to the Claims (as such defined in the attached Assignment or Power of Attorney by and between the Seller /Transferor (hereafter Assignor) including the Claim referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001 (e) (2) and the foregoing assignment, the Assignee hereby requests that it be substituted for the Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings. As is set forth in the attached assignment, the Assignor concurs with the request, and is aware of the transfer, and declines its opportunity to object under FRBP 3001 (e) (2). Accordingly, the Assignee requests that the transfer of the Bankruptcy Claim be made immediately upon the docketing of the Joint Notice of Transfer of Claim.

Assignee further requests that it be added to the mailing matrix in the above case pursuant to Bankruptcy Rule 2002, so as to receive copies of all notices and pleadings sent to creditors or other parties in interest.

The original Proof of Claim may have been filed by the Assignor under its name or the name of any of the following acquired institution(s): **BANK OF AMERICA**

Prior Account number: *****1142         Ocwen Account # *****6562
Dated: 03/04/2008                                Dated: 03/04/2008

| **SELLER/TRANSFEROR/ASSIGNOR:** | **PURCHASER/ASSIGNEE/TRANSFEREE:** |
|---|---|
| Bank of America, NA<br>c/o Codilis & Associates, P.C.<br>Bankruptcy Department<br>15W030 North Frontage Rd.,<br>Suite 100<br>Burr Ridge, IL 60527 | Ocwen Loan Servicing, LLC<br>Attn: Cashiering Department<br>P.O. Box 24781<br>West Palm Beach, FL 33416-4781<br>BK Fax# 407-737-5634 |

Dated: 10/10/2012

Authorized Signor
/s/
Shannon Childs        Contract Management Coordinator

"*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571."